UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL P. CRAWFORD,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN, et al.,<br><br>Defendants. | No. 2:15-cv-2587 CKD P<br><br><br><br>ORDER |

On February 29, 2016, plaintiff's complaint in this prisoner civil rights action was dismissed for failure to state a claim. (ECF No. 7.) Before the court for screening is plaintiff's First Amended Complaint ("FAC"). (ECF No. 10.) See 28 U.S.C. § 1915A(a).

Plaintiff alleges that defendant correctional officers prevented him from receiving his daily diabetes shot on November 26, 2014. These allegations do not rise to the level of an Eighth Amendment claim under the standard set forth in the February 29, 2016 screening order. A one-time denial of daily medication, without more, is negligence rather than constitutional injury. Thus plaintiff fails to state a claim upon which relief can be granted.

Plaintiff has consented to the jurisdiction of a magistrate judge to conduct all proceedings in this action. (ECF No. 5.) As it appears another round of amendment would be futile, the court will dismiss this action.

////

Accordingly, IT IS HEREBY ORDERED that:

1. The first amended complaint (ECF No. 10) is dismissed without prejudice; and

2. The Clerk of Court shall close this case.

Dated:  April 28, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 /craw2587.fac